```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

FILED
DEC 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br>(1) Apple iPad, IC:579C-A1396<br>(2) Thumb Drive, Serial # BL1105ZHPB<br>(3) Apple iPhone, IC:579C-E2430A<br>(4) WD hard drive, serial # WX70AA9Y1107<br>(5) ASUS desktop, serial # C2PDCG001EE8<br>(6) Samsung laptop, serial # ZYPX93BB303146K<br>(7) LG cell phone, serial # 203CYNL0316583 | 2:13-SW--803  CKD<br><br>SEALING ORDER<br><br>UNDER SEAL<br><br>**SEALED** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: December 13, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE